# EXHIBIT B



# EXHIBIT C

Oct 24 2017 11:24:05 CDT   FROM: F2M/88361416554      MSG# 1788897296-887-1      PAGE 002 OF 002

Associate

ANDREW L DAVIS

Date of Birth

# REDACTED


Beneficiary Online

Need Help? Call 1-800-421-1362

Beneficiary(ies) for ANDREW L DAVIS Updated On 2015-03-04 at 15.50

**COMPANY PAID LIFE INSURANCE**
**PRIMARY BENEFICIARY(IES)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 471435371 | J REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTON | MS | 39056 US | 601-923-8829 |
| 475391112 | Z REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTEN | MS | 39056 US | 601-923-8829 |

**BUSINESS TRAVEL ACCIDENT**
**PRIMARY BENEFICIARY(IES)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 471435371 | J REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTON | MS | 39056 US | 601-923-8829 |
| 475391112 | Z REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTEN | MS | 39056 US | 601-923-8829 |

**OPTIONAL LIFE INSURANCE**
**PRIMARY BENEFICIARY(IES)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 471435371 | J REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTON | MS | 39056 US | 601-923-8829 |
| 475391112 | Z REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTEN | MS | 39056 US | 601-923-8829 |

**ACCIDENTAL DEATH AND DISMEMBERMENT**
**PRIMARY BENEFICIARY(IES)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 471435371 | J REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTON | MS | 39056 US | 601-923-8829 |
| 475391112 | Z REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTEN | MS | 39056 US | 601-923-8829 |

**401(k)**
**PRIMARY BENEFICIARY(IES)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 471435371 | J REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTON | MS | 39056 US | 601-923-8829 |
| 475391112 | Z REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTEN | MS | 39056 US | 601-923-8829 |

**Allstate Critical Illness**
**PRIMARY BENEFICIARY(IES)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 471435371 | J REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTON | MS | 39056 US | 601-923-8829 |
| 475391112 | Z REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTEN | MS | 39056 US | 601-923-8829 |

**Allstate Accident**
**PRIMARY BENEFICIARY(IES)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 471435371 | J REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTON | MS | 39056 US | 601-923-8829 |
| 475391112 | Z REDACTED B REDACTED | NIECE 50% | 227 CASA GRANDE DR | CLINTEN | MS | 39056 US | 601-923-8829 |

**STOCK OPTIONS**

—NO BENEFICIARY(IES)—

Session 8 of 8

[ First ]       [ Previous ]       [ Last ]       [ Exit ]

# EXHIBIT D

# STATE OF MINNESOTA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH

STATE FILE NUMBER    2017-MN-035730

| | |
|---|---|
| DECEDENT | ANDREW LIDDELL DAVIS |
| LAST NAME BEFORE FIRST MARRIAGE | |
| ALSO KNOWN AS | |
| SOCIAL SECURITY NUMBER | REDACTED |
| SEX | MALE |
| BORN | REDACTED |
| PLACE OF BIRTH | NATCHEZ    MISSISSIPPI |
| DATE OF DEATH | OCTOBER 21, 2017 |
| PLACE OF DEATH | NEW HOPE    HENNEPIN    MINNESOTA |
| MARITAL STATUS | MARRIED |
| SPOUSE | MARILYN DAVIS |
| LAST NAME BEFORE FIRST MARRIAGE | TUQUILAR |
| RESIDENCE | CRYSTAL    HENNEPIN    MINNESOTA |
| PARENT | ANNIE LEE GRANGER |
| PARENT | LEE ANDREW DAVIS |
| FUNERAL HOME | BILLMAN-HUNT FUNERAL CHAPEL |
| DISPOSITION | CREMATION |
| CAUSE OF DEATH | |
| IMMEDIATE | CARDIAC ARREST COMPLICATING ALTERCATION |
| UNDERLYING | |
| OTHER CONTRIBUTING CONDITIONS | ARTERIOSCLEROTIC AND HYPERTENSIVE CARDIOVASCULAR DISEASE |
| MANNER | HOMICIDE |
| MEDICAL CERTIFIER | REBECCA WILCOXON, M.D. HENNEPIN COUNTY MEDICAL EXAMINER'S OFFICE 530 CHICAGO AV, MINNEAPOLIS, |

THIS RECORD HAS NOT BEEN AMENDED

THIS IS A TRUE AND CORRECT RECORD OF DEATH REGISTERED IN THE MINNESOTA OFFICE OF VITAL RECORDS.

MR&C Certificate ID
11030738


02A-000250444

FILED: OCTOBER 26, 2017

*Molly Mulcahy Crawford*
Molly Mulcahy Crawford
STATE REGISTRAR

ISSUED: JANUARY 09, 2018    ANOKA COUNTY - VITAL STATISTICS

THIS CERTIFICATE IS VALID ONLY WHEN PRINTED ON OFFICIAL WATERMARKED
SECURITY PAPER WITH A SECURITY THREAD AND STATE SEAL OF MINNESOTA.

# EXHIBIT E

# Prudential

## Group Life Insurance Claim Form

**Group Insurance**

Please send the completed form and all attachments to:
The Prudential Insurance Company of America
Walmart Customer Service
P.O. Box 8517
Philadelphia, PA 19176
Tel: 877-740-2116 Fax: 888-227-6764

### 1. About You

Provide information about the person making the claim. Make sure to verify your Social Security number (SSN), Tax ID or EIN.

**Control number (from cover letter provided):** 00 4 3 9 3 9
**Deceased's employer name:** WALMART STORES, INC.

**First name:** J REDACTED
**MI:** A
**Last name:** B REDACTED

**Street address:** 3100 Virginia Ave N
**Apt/Suite (optional):**

**City:** 3100 Virginia Ave N
**State:** MN
**ZIP Code:** 55427

**Home phone:** Crystal
**Mobile phone:**
**Relationship to deceased:** Another neice / Mother

**Email address:** 763-205-1964  Anniedavis2743@gmail

**Date of birth (mm/dd/yyyy):** REDACTED
**Social Security number (SSN), Tax ID or EIN:** REDACTED

### 2. About the Deceased

Provide information about the deceased.

**First name:** Andrew
**MI:** L
**Last name:** Davis

**Date of birth (mm/dd/yyyy):** REDACTED
**Date of death (mm/dd/yyyy):** 10/21/2017
**Social Security Number:** REDACTED

### 3. Tax Certification

Please complete any applicable portions of (a) or (b) below. Make sure to have included your SSN/TIN in Section 1.

(a) Under penalties of perjury, I certify that:
- I am a U.S. Person (including resident alien);
- The Social Security/Tax ID number provided in "Section 1" above is my correct SSN/TIN;
- I am not subject to backup withholding due to failure to report interest or dividend income; and
- I am not subject to FATCA reporting.

Check the boxes below, if applicable:
☐ I am subject to backup withholding due to the failure to report interest or dividend income (see "Backup Withholding" in the Tax Certification Information section)
☐ I am subject to FATCA reporting

Return this page with the completed form.
GL.2016.130   Ed. 1/2017

Walmart Stores   page 1 of 5

*GIDAAA01*

# Prudential

## Group Life Insurance Claim Form

Deceased's Social Security Number

### 3. Tax Certification (continued)

(b) I am not a U.S. Person (including resident alien). I am a citizen of _____
   Attach the applicable IRS Form W-8,(BEN, BEN-E, ECI, EXP, IMY).

### 4. Assignment Questionnaire

Will you be assigning the claim to a funeral home, cemetery, or mortuary?

Please Check One: ☒ Yes*   ☐ No

*If "yes", please complete the following information, and return this form along with a copy of the Funeral Home Assignment which includes the total amount to be assigned to the funeral home.

Hunts and Billmans
Name of funeral home, cemetery, or mortuary:

612-789-3535
Telephone number    Extension

**Mailing Address**

2701 Central Ave NE
Street address or P.O. Box     Apt/Suite (optional)

Minneapolis        MN    55418
City                State  ZIP Code

### 5. Signature

**FLORIDA RESIDENTS** – Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**NEW YORK RESIDENTS** – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

I have read and understand the terms and requirements of the Claim Fraud Warnings included with this form.

The Internal Revenue Service does not require your consent to any provision in this document other than the certifications required to avoid backup withholding.

REDACTED  A  REDACTED,              12-18-17
Beneficiary's or Claimant's signature      Date (mm/dd/yyyy)

Return this page with the completed form.
GL.2016.130   Ed. 1/2017



Walmart Stores    page 2 of 5



# Prudential

## Group Life Insurance Claim Form

Deceased's Social Security Number

### 6. Authorization for Release of Information to Prudential Insurance Company
This Authorization is intended to comply with the HIPAA Privacy Rule.

J REDACTED
First name

A
MI

B REDACTED
Last name

REDACTED
Date of birth (mm/dd/yyyy)

Social Security number (SSN), Tax ID or EIN

Neice
Relationship to deceased

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided treatment, payment or services pertaining to:

Andrew
First name of deceased

L
MI

Davis
Last name of deceased

or on my (his/her) behalf ("My Providers") to disclose my (his/her) entire medical record for me or my dependents and any other health information concerning me (him/her) to The Prudential Insurance Company of America (Prudential) and its agents, employees, and representatives. This includes information on the diagnosis or treatment of HIV infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes.

I authorize all non-health organizations, any insurance company, employer, or other person or institutions to provide any information, data or records relating to credit, financial, earnings, travel, activities or employment history to Prudential.

By my signature below, I acknowledge that any agreements I (he/she) have made to restrict my (his/her) protected health information do not apply to this authorization and I instruct My Providers to release and disclose my (his/her) entire medical record without restriction.

This information is to be disclosed under this Authorization so that Prudential may: (1) administer claims and determine or fulfill responsibility for coverage and provision of benefits; (2) obtain reinsurance; (3) administer coverage; and (4) conduct other legally permissible activities that relate to any coverage I (he/she) have (has) or have (has) applied for with Prudential.

This authorization shall remain in force for 24 months following the date of my signature below, while the coverage is in force, except to the extent that state law imposes a shorter duration. A copy of this authorization is as valid as the original. I understand that I have the right to revoke this authorization in writing, at any time, by sending a written request for revocation to Prudential at: P.O. Box 8517, Philadelphia, PA 19176. I understand that a revocation is not effective to the extent that any of my Providers has relied on this Authorization or to the extent that Prudential has a legal right to contest a claim under an insurance policy or to contest the policy itself. I understand that any information that is disclosed pursuant to this authorization may be redisclosed and no longer covered by federal rules governing privacy and confidentiality of health information.

I understand that if I refuse to sign this authorization to release his/her complete medical record, Prudential may not be able to process my claim for benefits and may not be able to make any benefit payments. I understand that I have the right to request and receive a copy of this authorization.

*Annice L Davis*
Signature of Insured/Patient or Personal Representative

12-18-17
Date (mm/dd/yyyy)

*Annice L Davis*
Please Print Name

Description of Personal Representative's Authority or Relationship to Insured

Return this page with the completed form.
GL.2016.130    Ed. 1/2017

Walmart Stores    page 3 of 5

*GIDAAA03*

# EXHIBIT F



**Group Life Insurance Claim Form**

Group Insurance
Please send the completed form and all attachments to:
The Prudential Insurance Company of America
Walmart Customer Service
P.O. Box 8517
Philadelphia, PA 19176
Tel: 877-740-2116 Fax: 888-227-6764

### 1. About You
Provide information about the person making the claim. Make sure to verify your Social Security number (SSN), Tax ID or EIN.

Control number (from cover letter provided): 0043939
Deceased's employer name: WALMART STORES, INC.

First name: REDACTED
MI: (blank)
Last name: REDACTED B

Street address: 3100 Virginia Ave No
Apt/Suite (optional): (blank)

City: Crystal
State: MN
ZIP Code: 55427

Home phone: 763-205-1764
Mobile phone: (blank)
Relationship to deceased: Nephew

Email address: 7632051764

Date of birth (mm/dd/yyyy): REDACTED
Social Security number (SSN), Tax ID or EIN: REDACTED

### 2. About the Deceased
Provide information about the deceased.

First name: Andrew
MI: L
Last name: Davis

Date of birth (mm/dd/yyyy): REDACTED
Date of death (mm/dd/yyyy): 10/21/2016
Social Security Number: REDACTED

### 3. Tax Certification
Please complete any applicable portions of (a) or (b) below. Make sure to have included your SSN/TIN in Section 1.

(a) Under penalties of perjury, I certify that:
   ⊙ I am a U.S. Person (including resident alien);
   ⊙ The Social Security/Tax ID number provided in "Section 1" above is my correct SSN/TIN;
   ⊙ I am not subject to backup withholding due to failure to report interest or dividend income; and
   • I am not subject to FATCA reporting.

Check the boxes below, if applicable:
   ☐ I am subject to backup withholding due to the failure to report interest or dividend income (see "Backup Withholding" in the Tax Certification Information section)
   ☐ I am subject to FATCA reporting

Return this page with the completed form.
GL.2016.130   Ed. 1/2017

Walmart Stores   page 1 of 5
* G I D A A A 0 1 *



## Prudential
### Group Life Insurance Claim Form

Deceased's Social Security Number

---

**6. Authorization for Release of Information to Prudential Insurance Company**
This Authorization is intended to comply with the HIPAA Privacy Rule.

REDACTED
First name

REDACTED
MI    Last name

REDACTED
Date of birth (mm/dd/yyyy)

REDACTED
Social Security number (SSN), Tax ID or EIN

nephew
Relationship to deceased

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided treatment, payment or services pertaining to:

Andrew
First name of deceased

L
MI

Davis
Last name of deceased

or on my (his/her) behalf ("My Providers") to disclose my (his/her) entire medical record for me or my dependents and any other health information concerning me (him/her) to The Prudential Insurance Company of America (Prudential) and its agents, employees, and representatives. This includes information on the diagnosis or treatment of HIV infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes.

I authorize all non-health organizations, any insurance company, employer, or other person or institutions to provide any information, data or records relating to credit, financial, earnings, travel, activities or employment history to Prudential.

By my signature below, I acknowledge that any agreements I (he/she) have made to restrict my (his/her) protected health information do not apply to this authorization and I instruct My Providers to release and disclose my (his/her) entire medical record without restriction.

This information is to be disclosed under this Authorization so that Prudential may: (1) administer claims and determine or fulfill responsibility for coverage and provision of benefits; (2) obtain reinsurance; (3) administer coverage; and (4) conduct other legally permissible activities that relate to any coverage I (he/she) have (has) or have (has) applied for with Prudential.

This authorization shall remain in force for 24 months following the date of my signature below, while the coverage is in force, except to the extent that state law imposes a shorter duration. A copy of this authorization is as valid as the original. I understand that I have the right to revoke this authorization in writing, at any time, by sending a written request for revocation to Prudential at: P.O. Box 8517, Philadelphia, PA 19176. I understand that a revocation is not effective to the extent that any of my Providers has relied on this Authorization or to the extent that Prudential has a legal right to contest a claim under an insurance policy or to contest the policy itself. I understand that any information that is disclosed pursuant to this authorization may be redisclosed and no longer covered by federal rules governing privacy and confidentiality of health information.

I understand that if I refuse to sign this authorization to release his/her complete medical record, Prudential may not be able to process my claim for benefits and may not be able to make any benefit payments. I understand that I have the right to request and receive a copy of this authorization.

Annie L Davis
Signature of Insured/Patient or Personal Representative

03-27-1947
Date (mm/dd/yyyy)

Annie L Davis
Please Print Name

guardian
Description of Personal Representative's Authority or Relationship to Insured

Return this page with the completed form.
GL.2016.130    Ed. 1/2017

Walmart Stores    page 3 of 5



# Prudential

## Group Life Insurance Claim Form

|___|___|-|___|___|-|___|___|___|___| .
Deceased's Social Security Number

### 3. Tax Certification (continued)

(b) I am not a U.S. Person (including resident alien). I am a citizen of _____.
Attach the applicable IRS Form W-8 (BEN, BEN-E, ECI, EXP, IMY).

### 4. Assignment Questionnaire

Will you be assigning the claim to a funeral home, cemetery, or mortuary?

Please Check One: ☒ Yes*   ☐ No

*If "yes", please complete the following information, and return this form along with a copy of the Funeral Home Assignment which includes the total amount to be assigned to the funeral home.

_Billman Hunts_
Name of funeral home, cemetery, or mortuary:

_b/21-789-3535_     |___|___|___|___|
Telephone number                Extension

**Mailing Address**

_3701 Central Ave_
Street address or P.O. Box               Apt/Suite (optional)

_Minneapolis_                _MN_  _55418-_
City                                         State    ZIP Code

### 5. Signature

**FLORIDA RESIDENTS** – Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**NEW YORK RESIDENTS** – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

I have read and understand the terms and requirements of the Claim Fraud Warnings included with this form.

The Internal Revenue Service does not require your consent to any provision in this document other than the certifications required to avoid backup withholding.

_Annie L Davis_                          _1-17-18_
Beneficiary's or Claimant's signature    Date (mm/dd/yyyy)

Return this page with the completed form.
GL.2016.130   Ed. 1/2017



Walmart Stores    page 2 of 5

* G I D A A A 0 2 *