## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                        Plaintiff,

    v.

J.B., a minor; Z.B., a minor; and ANNIE L.
DAVIS, solely in her capacity as guardian
of J.B. and Z.B.,

                    Defendants.

Civil Action No.: _____

**CORPORATE DISCLOSURE
STATEMENT**

The non-governmental corporate party, The Prudential Insurance Company of America, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

The Prudential Insurance Company of America is a wholly-owned subsidiary of Prudential Financial, Inc.  Prudential Financial, Inc. is a publicly traded company, and no parent corporation or any publicly-held corporation owns 10% or more of its stock.

Dated:  November 15, 2018

BERENS & MILLER, P.A.

s/Barbara Podlucky Berens
Barbara Podlucky Berens, #209788
Erin K. F. Lisle, #238168
80 S. 8TH Street, Suite 3720
Minneapolis, MN 55402
Telephone:   (612) 349-6171
Facsimile:   (612) 349-6416
bberens@berensmiller.com
elisle@berensmiller.com

*Attorneys for Defendant the Prudential
Insurance Company of America*