
20181119165019

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

**SERVICE OF:** SUMMONS, INTERPLEADER COMPLAINT, EXHBITS, CIVIL COVER SHEET, CORPORATE DISCLOSURE STATEMENT
**EFFECTED (1) BY ME:** Dean Morin
**TITLE:** PROCESS SERVER

**DATE:** 11-21-2018 @ 2:05 PM

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant

ANNIE L. DAVIS, SOLEY IN HER CAPACITY AS GUARDIAN OF J.B. AND Z.B.

Place where served:

3100 VIRGINIA AVENUE N   CRYSTAL  MN  55427

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant _____

Description of Person Accepting Service:

SEX: F  AGE: 70'S  HEIGHT: sitting  WEIGHT: 300 lbs  SKIN: Black  HAIR: white  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____     SERVICES $_____.____     TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11 / 21 / 20 18         _____ L.S.
SIGNATURE OF Dean Morin
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

**ATTORNEY:** CHRISTY A. RAMUNNO, ESQ.
**PLAINTIFF:** THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
**DEFENDANT:** J.B., ET AL
**VENUE:** DISTRICT
**DOCKET:** 0 18 CV 03189 DSD ECW
**COMMENT:**