20181119165053

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: SUMMONS, INTERPLEADER COMPLAINT, EXHBITS, CIVIL COVER SHEET, CORPORATE DISCLOSURE STATEMENT
EFFECTED (1) BY ME: Dean Morin
TITLE: PROCESS SERVER

DATE: 11-21-2018 @ 2:05 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

J.B., A MINOR (FOR PURPOSES OF SERVICE ONLY.

Place where served:

3100 VIRGINIA AVENUE N   CRYSTAL   MN   55427

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Annie L. Davis

Relationship to defendant   Guardian

Description of Person Accepting Service:

SEX: F   AGE: 70's   HEIGHT: Sitting   WEIGHT: 300 lbs   SKIN: Black   HAIR: White   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11 / 21 / 20 18

SIGNATURE OF Dean Morin    L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: CHRISTY A. RAMUNNO, ESQ.
PLAINTIFF: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
DEFENDANT: J.B., ET AL
VENUE: DISTRICT
DOCKET: 0 18 CV 03189 DSD ECW
COMMENT: