UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>J.B., a minor; Z.B., a minor; and ANNIE L. DAVIS, solely in her capacity as guardian of J.B. and Z.B.,<br><br>      Defendants. | Civil Action No.: 0:18-cv-03189-DSD-ECW |

## STIPULATION TO AMEND COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the appearing parties to the above-captioned matter that Plaintiff, The Prudential Insurance Company of America may file an Amended Complaint to add a defendant. A copy of the proposed Amended Complaint is attached hereto as <u>Exhibit A</u>. A copy of the proposed Amended Complaint showing redlined changes from the Complaint is attached hereto as <u>Exhibit B</u>.

- 2 -

Dated: April 22, 2019         **BERENS & MILLER, P.A.**

s/Erin K. F. Lisle
Barbara Podlucky Berens, #209788
Erin K. F. Lisle, #238168
Carrie L. Zochert, #291778
80 South 8th Street, Suite 3720
Minneapolis, MN  55402
(612) 349-6171
bberens@berensmiller.com
elisle@berensmiller.com
czochert@berensmiller.com

*Attorney for Plaintiff The Prudential Insurance Company of America*

Dated: April 22, 2019         **VAN TASSEL LAW FIRM, LLC**

s/Dawn C. Van Tassel
Dawn C. Van Tassel, #297525
2900 S. Wayzata Boulevard
Minneapolis, MN 55405
(612) 455-4580
dawn@dawnvantassel.com

**INTERPLEADER LAW, LLC**

s/Michael J. Hoover
Michael J. Hoover
LA Bar No. 35497
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
Telephone: (225) 246-8706
Email: michael.hoover@interpleaderlaw.com

*Attorney for Defendant J.B., a minor, represented herein by Annie L. Davis, her guardian*