UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>J.B., a minor; Z.B., a minor; and ANNIE L. DAVIS, solely in her capacity as guardian of J.B. and Z.B.,<br><br>       Defendants. | Civil Action No.: 0:18-cv-03189-DSD-ECW<br><br>**ORDER** |

The above entitled cause having come before the undersigned upon the Stipulation to Amend Complaint (ECF No. 17) submitted by and between counsel for the appearing parties, The Prudential Insurance Company of America ("Prudential"), and Defendant, J.B., a minor, represented by Annie L. Davis, her guardian, for the entry of an order directing Prudential to file an Amended Complaint, the Court makes the following:

ORDER

1. The request to Amend the Complaint to add a party is GRANTED.

2. Prudential may file the Amended Complaint submitted with the Stipulation.

- 2 -

Dated: _____  _____

                                                                                                         Elizabeth C. Wright  
                                                                                                         Magistrate Judge of District Court