# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                Plaintiff,

v.

J.B., a minor; Z.B., a minor; and ANNIE L.
DAVIS, solely in her capacity as guardian
of J.B. and Z.B.,

                Defendants.

Case No. 18-cv-3189 (DSD/ECW)

**ORDER**

This case is before the Court on the Stipulation to Amend Complaint (Dkt. No. 17) submitted by and between counsel for the appearing parties, The Prudential Insurance Company of America ("Prudential"), and Defendant, J.B., a minor, represented by Annie L. Davis, her guardian.  Based on the Stipulation, and on the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.    The Stipulation to Amend Complaint is **APPROVED**.

2.    Prudential shall file an Amended Complaint in substantially the form attached as Exhibit A to the Stipulation (Dkt. No. 17-1) within ten (10) days of this Order.

3.    Defendants shall answer or otherwise respond to the Amended Complaint consistent with the Federal Rules of Civil Procedure.

Dated:  April 22, 2019

                *s/Elizabeth Cowan Wright*
                ELIZABETH COWAN WRIGHT
                United States Magistrate Judge