# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# RULE 16 PRETRIAL CONFERENCE

| | |
|---|---|
| Prudential Insurance Company of America, The,<br><br>　　　　　　　　Plaintiff,<br>v.<br>J.B. et al ,<br><br>　　　　　　　　Defendants. | **COURT MINUTES**<br>BEFORE: Elizabeth Cowan Wright<br>U.S. Magistrate Judge, Chambers 342<br><br>Civil Case No.:　　18-cv-3189 DSD/ECW<br>Date:　　　　　　　April 30, 2019<br>Time Commenced:　10:20 a.m.<br>Time Concluded:　　10:35 a.m.<br>Time in Court:　　　15 minutes |

APPEARANCES:

For Plaintiffs:　Erin Fogarty Lisle
For Defendants:　Dawn Van Tassel

**A pretrial conference was held.   A scheduling order will be issued.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/*Elizabeth Cowan Wright*
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge