UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> J.B., a minor; Z.B., a minor; and ANNIE L. DAVIS, solely in her capacity as guardian of J.B. and Z.B., <br><br> Defendants. | * * * * * * * * * * * * * * Case No. 0:18-cv-03189-DSD-ECW |

**STATUS REPORT OF J.B., A MINOR, BY ANNIE L. DAVIS, HER GUARDIAN**

Defendant J.B., a minor, appearing herein through her guardian, Annie L. Davis, and undersigned counsel, hereby provides the following status update regarding the pending criminal case against Z.B., as required by the Court's Order (ECF No. 23).

Annie Davis, Z.B.'s legal guardian, does not have any information regarding the criminal case beyond the information reported to the Court by Prudential in Paragraph 17 of the Complaint wherein it alleged that an attorney with the Hennepin County Attorney's Office stated that criminal charges were pending as of April 3, 2018. Because Z.B. is a minor, information about his case is not available online. Accordingly, J.B.'s counsel contacted the Hennepin County Attorney, Juvenile Prosecution Division, to see if they could disclose any additional information about Z.B.'s case. Counsel was eventually routed to a Senior Paralegal believed to have involvement with the case, but

she was unable to even confirm or deny the existence of a case over the phone. She has forwarded the request for information regarding the Z.B.'s case to the managing attorney, who is expected to respond shortly. As of the due date of this status report, no new information is available. However, counsel will supplement this status report promptly upon being notified of new information by the managing attorney.

DATED this 10th day of May, 2019.

Respectfully submitted,

*/s/ Michael J. Hoover*
Michael J. Hoover
LA Bar No. 35497
Interpleader Law, LLC
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
Telephone: (225) 246-8706
Email: michael.hoover@interpleaderlaw.com
Attorney for Defendant J.B., a minor, represented herein by Annie L. Davis, her guardian

## CERTIFICATE OF SERVICE

☒   I hereby certify that on May 10, 2019, I caused a copy of the foregoing to be filed electronically using the CM/ECF System. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Michael J. Hoover*
Michael J. Hoover