20190501123731

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF: **SUMMONS, AMENDED INTERPLEADER COMPLAINT, EXHBITS**
EFFECTED (1) BY ME: _Lynn Phillips_
TITLE: **PROCESS SERVER**

DATE: **5/7/19**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[  ] Served personally upon the defendant

Z B _____

Place where served:

3100 VIRGINIA AVENUE N   CRYSTAL  MN  55427

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_Annie L. Davis_

Relationship to defendant _____ _Grandmother_

Description of Person Accepting Service:

SEX: _F_ AGE: _73_ HEIGHT: _wheelchair_ WEIGHT: _270 +_ SKIN: _Blk_ HAIR: _Grey_ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____._____          SERVICES $_____._____          TOTAL $_____._____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _5_ / _7_ / 20 _19_          _____ L.S.
                                                    SIGNATURE OF _Lynn Phillips_
                                             GUARANTEED SUBPOENA SERVICE, INC.
                                                    2009 MORRIS AVENUE
                                                    UNION, NJ 07083

ATTORNEY:     JOYCE S. MIN, ESQ.
PLAINTIFF:      THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
DEFENDANT:   J.B. A MINOR, ET AL
VENUE:           DISTRICT
DOCKET:         0 18 CV 03189 DSD ECW
COMMENT:

