# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELECONFERENCE
CHAMBERS 342 – Saint Paul

Prudential Insurance Company of America, The,

           Plaintiff,

v.

J.B. et al,

           Defendants.

**COURT MINUTES**
Case Number: 18-cv-3189 DSD/ECW

| | |
|---|---|
| Date: | June 11, 2019 |
| Court Reporter: | n/a |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 9:45 a.m. |
| Time in Court: | 15 Minutes |

**Teleconference before Elizabeth Cowan Wright, United States Magistrate Judge, at Saint Paul, Minnesota.**

APPEARANCES:

    For Plaintiff:      Erin Fogarty Lisle

    For Defendant:   Dawn Van Tassel; Michael Hoover

The parties updated the Court as to the status of the pleadings and service. Plaintiff stated it was still attempting to serve Defendant Marilyn Davis and indicated its intent to file a motion to appoint a guardian ad litem for Defendant Z.B. and possibly Defendant J.B. Plaintiff shall file its motion on or before July 2, 2019. Any opposition to the motion shall be due on July 12, 2019. SO ORDERED.

                                                                *s/Elizabeth Cowan Wright*
                                                                United States Magistrate Judge