## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                          Plaintiff,

        v.

J.B., a minor; Z.B., a minor; and ANNIE L.
DAVIS, solely in her capacity as guardian
of J.B. and Z.B., and MARILYN DAVIS,


                          Defendants.

Civil Action No.: 0:18-cv-03189-DSD-ECW

## PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM AND FOR DEPOSIT PURSUANT TO FED. R. CIV. P. 67

Plaintiff, The Prudential Insurance Company of America ("Prudential"), hereby moves the Court for an Order authorizing Prudential to deposit the subject life insurance proceeds into the Court's registry pursuant to Fed. R. Civ. P. 67 and Local Rule 67.1.

In support of its motion, Prudential shall rely upon the accompanying Brief, Declaration of Victoria Angle with Exhibits, Meet and Confer Statement pursuant to Local Rule 7.1, proposed form of Order and certificate of service, submitted herewith.

Dated: July 1, 2019

**BERENS & MILLER, P.A.**

s/Barbara P. Berens
Barbara Podlucky Berens (#209778)
Erin K. F. Lisle (#238168)
Carrie L. Zochert (#291778)
80 South 8th Street
3720 IDS Center
Minneapolis, MN  55402
(612) 349-6171
bberens@berensmiller.com
elisle@berensmiller.com
czochert@berensmiller.com

***Attorneys for The Prudential Insurance Company of America, Inc.***