# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>J.B., a minor; Z.B., a minor; and ANNIE L. DAVIS, solely in her capacity as guardian of J.B. and Z.B., and MARILYN DAVIS,<br><br>                            Defendants. | Civil Action No.: 0:18-cv-03189-DSD-ECW<br><br>**NOTICE OF HEARING** |

To:    Parties and counsel.

**PLEASE TAKE NOTICE** that on July 18, 2019 at 11:30 a.m. a hearing on the Motion of Defendant The Prudential Insurance Company of America for Appointment of a Guardian Ad Litem and for Deposit Pursuant to Fed. R. Civ. P. 67 before the Honorable Judge Elizabeth C. Wright, United States District Court, Courtroom 3C, 342 Federal Building, 316 N. Robert Street, St. Paul, MN 55101.

Dated: July 1, 2019　　　　　　　　　　　　**BERENS & MILLER, P.A.**

<u>s/Barbara P. Berens</u>
Barbara Podlucky Berens (#209778)
Erin K. F. Lisle (#238168)
Carrie L. Zochert (#291778)
80 South 8th Street
3720 IDS Center
Minneapolis, MN  55402
(612) 349-6171
bberens@berensmiller.com
elisle@berensmiller.com
czochert@berensmiller.com

*Attorneys for The Prudential Insurance Company of America, Inc.*