# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>J.B., a minor; Z.B., a minor; and ANNIE L. DAVIS, solely in her capacity as guardian of J.B. and Z.B., and MARILYN DAVIS,<br><br>　　　　　　　　　Defendants. | Civil Action No.: 0:18-cv-03189-DSD-ECW<br><br>**CERTIFICATE OF COMPLIANCE** |

　　I, Barbara P. Berens, certify that Plaintiff's Memorandum of Law Regarding Plaintiff's Motion to Amend to Add Punitive Damages complies with the length and type size requirements of Local Rule 7.1(f) and 7.1(h) because the total word count, according to the word count tool of the word processing system used (Microsoft Word 2016), is 1,770 words (excluding the caption designation and signature block) and therefore in compliance with the 12,000 word length requirement under Local Rule 7.1(f).

Date: July 1, 2019					**BERENS & MILLER, P.A.**

						<u>*s/Barbara Podlucky Berens*</u>
						Barbara Podlucky Berens (#209788)
						Erin K. F. Lisle (#238168)
						Carrie L. Zochert (#291778)
						3720 IDS Center
						80 South Eighth Street
						Minneapolis, MN 55402
						Telephone: (612) 349-6171
						bberens@berensmiller.com
						czochert@berensmiller.com
						elisle@berensmiller.com

						***Attorneys for Plaintiff***