

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

### REGISTRY DEPOSIT INFORMATION FORM

Under Local Rule 67.1, a party seeking leave to deposit funds in the court registry must file this form with its motion.

1. **Case Number: 0:18-cv-03189-DSD-ECW**

2. **Case Title: The Prudential Insurance Company of America v. J.B., a minor, et als.**

3. **Moving Party: The Prudential Insurance Company of America**

4. **Amount of Deposit: $222,000.00, plus applicable interest, if any.**

5. **Are the funds being deposited as interpleader funds under 28 U.S.C. § 1335?**

    XX Yes      No

6. **If "yes," do you anticipate interim disbursements of funds for case expenses before the court determines the ownership of the funds?**

    Yes      XX No

Date: 7/1/19

_____
Attorney or Unrepresented Party