# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| The Prudential Insurance Company of America, | **COURT MINUTES**<br>BEFORE: Elizabeth Cowan Wright<br>U.S. Magistrate Judge, Courtroom 3A |
| Plaintiff, | |
| v. | Civil Case No.: 18-cv-03189-DSD-ECW |
| J.B., a minor; Z.B., a minor; and | Date: July 18, 2019 |
| Annie L. Davis, solely in her | Court Reporter: Erin Drost |
| capacity as guardian of J.B. and Z.B., | Time Commenced: 11:30 a.m. |
| | Time Concluded: 11:41 a.m. |
| Defendants. | Time in Court: 11 minutes |

APPEARANCES:

For Plaintiff:                                                                                   Erin K Fogarty Lisle

For Defendants J.B., a minor,
represented herein by Annie L. Davis, her guardian:              Dawn C Van Tassel

Plaintiff The Prudential Insurance Company Of America's Motion for Appointment of a Guardian Ad Litem and for Deposit Pursuant to Fed. R. Civ. P. 67.   (Dkt. No. 31.)

**MOTION TAKEN UNDER ADVISEMENT**

**Pursuant to the representations of the parties at the hearing, Plaintiff shall file a letter with the Court on or before <u>July 22, 2019</u>, withdrawing its motion for Appointment of a Guardian Ad Litem as to Z.B. and for Deposit Pursuant to Fed. R. Civ. P. 67 without prejudice.**

☒ ORDER TO BE ISSUED      ☐ NO ORDER TO BE ISSUED      ☐ R&R TO BE ISSUED      ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court      ☐ Exhibits returned to counsel

s/SGK<br>Signature of Law Clerk