## BERENS & MILLER, P.A.
ATTORNEYS AT LAW
3720 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
WWW.BERENSMILLER.COM

ERIN K. F. LISLE
elisle@berensmiller.com

ADMITTED IN MINNESOTA,
U.S. DISTRICT COURT OF MN
8TH CIRCUIT COURT OF APPEALS

July 22, 2019

TELEPHONE
(612) 349-6171

FAX
(612) 349-6416

**By ECF**

The Honorable Elizabeth C. Wright
United States District Court
646 Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN 55101

Re:   The Prudential Insurance Company of America v. J.B., a minor et al.
      Court File No. 18-cv-3189 DSD/ECW

Dear Judge Wright:

This office represents Plaintiff, The Prudential Insurance Company of America ("Prudential") in the above matter.

As directed by the Court during our hearing held on July 18, 2019 and pursuant to the Court's Minute Entry, filed as Doc. No. 41, please accept this letter in support of our request (1) to withdraw our Motion for Appointment of a guardian *ad litem* for Zechariah Bolden, who was a minor at the time the Interpleader Complaint was filed but has recently reached the age of majority and (2) to withdraw our Motion for Deposit Pursuant to Fed. R. Civ. P. 67 without prejudice. Prudential intends to re-file its Motion for Deposit after all parties have been served.

Thank you for Your Honor's time and consideration.

Very truly yours,

Erin K. F. Lisle

EKL:nmc