

20191016091230

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: EFFECTED (1) BY ME: TITLE: | ORDER SETTING PRETRIAL CONFERENCE, RULE 26(F) REPORT, NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CORPORATE DISCLOSURE STATEMENT, INTERPLEADER COMPLAINT, EXHIBITS, CIVIL COVER SHEET, AMENDED INTERPLEADER COMPLAINT, ORDERS |
|---|---|
| PROCESS SERVER | McLeod County Sheriff Deputy Sergeant Jayson Boraas Glencoe, MN 55336 DATE: 10-22-19 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

Z.B., A MINOR (FOR PURPOSES OF SERVICE ONLY ZECHARIAH BOLDEN)

Place where served:

851 DALE STREET   HUNTCHINSON  MN  55350

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant _____

Description of Person Accepting Service:

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ ▇▇▇▇    TOTAL $ ▇▇▇▇

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 22 / 2019        Jayson Boraas L.S.
                            SIGNATURE OF
                            GUARANTEED SUBPOENA SERVICE, INC.
                            2009 MORRIS AVENUE
                            UNION, NJ 07083

ATTORNEY:    BARBARA PODLUCKY BERENS, ESQ.
PLAINTIFF:   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
DEFENDANT:   J.B. A MINOR, ET AL
VENUE:       DISTRICT
DOCKET:      0 18 CV 03189 DSD ECW
COMMENT:

STATE OF NEW JERSEY

COUNTY OF __Wn ton__ ss:
(County where notarized)

SHERIFF SERVED CERTIFICATION

INDEX/DOCKET #: __O 18 CV 03189 DSDECW__

GSS#: __2019016091230__

To Whom It May Concern:

The entity listed below was served via a Sheriff.

__Z.B., A MINOR (FOR PURPOSES OF SERVICE ONLY ZECHARIAH BOLDEN)__
(Name of person)

__851 DALE STREET__
(Street address)

__HUTCHINSON, MN, 55350__
(City/Town/Village; State; Zip Code)

Since Sheriffs are sworn officers of the Court, it is not required for them to have their signature notarized. They also are not required, to fill out the description of the person served.

__Sandy L Wilson__
SANDY L. WILSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 9, 2024

(Sign your name in the presence of a Notary Public)

__Kyle Kaulfers__
(Print your name)

Sworn to before me this
__29th__ day of __October__, 20__19__.