# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                              Plaintiff,

          v.

J.B., a minor; Z.B., a minor; and ANNIE L.
DAVIS, solely in her capacity as guardian
of J.B. and Z.B., and MARILYN DAVIS,

                              Defendants.

Civil Action No.: 0:18-cv-03189-DSD-ECW

**APPPLICATION FOR**
**ENTRY OF DEFAULT**

Plaintiff, The Prudential Insurance Company of America, hereby requests the Clerk to enter a default on the docket against Defendant, Zechariah Bolden, pursuant to Fed. R. Civ. P. 55(a). Plaintiff relies upon the Declaration of Erin F. Lisle being filed simultaneously herewith in support of this request.

Dated: November 19, 2019

**BERENS & MILLER, P.A.**

s/Erin K. F. Lisle
Barbara Podlucky Berens (#209778)
 Erin K. F. Lisle (#238168)
 Carrie L. Zochert (#291778)
 80 South 8th Street
3720 IDS Center
Minneapolis, MN  55402
(612) 349-6171
bberens@berensmiller.com
elisle@berensmiller.com
czochert@berensmiller.com

*Attorneys for The Prudential Insurance Company of America, Inc.*