# UNITED STATES DISTRICT COURT
## District of Minnesota

Prudential Insurance Company of America, The

Plaintiff,

v.

J. B., Z. B., Annie L. Davis, Marilyn Davis

Defendant(s).

### CLERK'S ENTRY OF DEFAULT

Case Number:   18-cv-3189 DSD/ECW

It appearing that defendant(s) Zechariah Bolden is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff, Prudential Insurance Company of America, The

DEFAULT IS HEREBY ENTERED against Zechariah Bolden

KATE M. FOGARTY, CLERK

Date: 11/27/2019

s/M. Price

(By)        M. Price        Deputy Clerk