# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELECONFERENCE
CHAMBERS 342 – Saint Paul

Prudential Insurance Company of America, The,

           Plaintiff,

v.

J.B. et al,

           Defendants.

**COURT MINUTES**
Case Number: 18-cv-3189 DSD/ECW

| | |
|---|---|
| Date: | December 6, 2019 |
| Court Reporter: | n/a |
| Time Commenced: | 3:00 p.m. |
| Time Concluded: | 3:10 p.m. |
| Time in Court: | 10 Minutes |

**Teleconference before Elizabeth Cowan Wright, United States Magistrate Judge, at Saint Paul, Minnesota.**

APPEARANCES:

  For Plaintiff:      Erin Lisle

  For Defendants J.B; Z.B; Annie Davis:      Michael Hoover

  For Defendant Marilyn Davis:      Todd Haugen

The Court held a status call.

                                                            *s/Elizabeth Cowan Wright*
                                                           United States Magistrate Judge