# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>J.B., a minor; Z.B., a minor; and ANNIE L. DAVIS, solely in her capacity as guardian of J.B. and Z.B., and MARILYN DAVIS,<br><br>    Defendants. | Civil Action No.: 0:18-cv-03189-DSD-ECW |

## PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, The Prudential Insurance Company of America ("Prudential"), hereby moves the Court for default judgment against Zechariah Bolden (who has now reached the age of majority) pursuant to Fed. R. Civ. P. 55.

This motion is based upon the memorandum of law and affidavits to be filed in accordance with the Federal Rules of Civil Procedure and Local Rule 7.1

2

| | |
|---|---|
| Dated: December 11, 2019 | **BERENS & MILLER, P.A.**<br><br>s/Barbara P. Berens<br>Barbara Podlucky Berens (#209778)<br>Erin K. F. Lisle (#238168)<br>Carrie L. Zochert (#291778)<br>80 South 8th Street<br>3720 IDS Center<br>Minneapolis, MN  55402<br>(612) 349-6171<br>bberens@berensmiller.com<br>elisle@berensmiller.com<br>czochert@berensmiller.com<br><br>*Attorneys for The Prudential Insurance Company of America* |