## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                                   Plaintiff,<br><br>        v.<br><br>J.B., a minor; Z.B., a minor; and ANNIE L. DAVIS, solely in her capacity as guardian of J.B. and Z.B., and MARILYN DAVIS,<br><br>                                   Defendants. | Civil Action No.: 0:18-cv-03189-DSD-ECW<br><br>**NOTICE OF HEARING** |

To:     Parties and counsel.

**PLEASE TAKE NOTICE** that on February 14, 2020 at 9:30 a.m. a hearing on the Motion of Defendant The Prudential Insurance Company of America for a Default Judgment against Defendant Zechariah Bolden (who has now reached the age of majority) before the Honorable David S. Doty, United States District Court, Courtroom 14W, 300 S. 4th Street, Minneapolis, MN 55415.  Each side will be allowed 15 minutes for argument.

Dated: December 11, 2019          **BERENS & MILLER, P.A.**

                                             s/Barbara P. Berens
Barbara Podlucky Berens (#209778)
Erin K. F. Lisle (#238168)
Carrie L. Zochert (#291778)
80 South 8th Street
3720 IDS Center
Minneapolis, MN  55402
(612) 349-6171
bberens@berensmiller.com
elisle@berensmiller.com
czochert@berensmiller.com

*Attorneys for The Prudential Insurance Company of America*